UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Crim. No. 12-408 |
| BASSIR A. BAXTER<br>    a/k/a "Ali B. Bassir" | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Jose R. Almonte, Assistant U.S. Attorney, appearing), and defendant Bassir A. Baxter (Daryl S. Pennington, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that she has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to such a continuance, and it appearing that the defendant waives such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time

1

to negotiate a plea agreement, which would render trial of this matter unnecessary;

(3) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 20th day of June, 2012,

ORDERED that this action be, and hereby is, continued until August 17, 2012~~; and it is further~~

~~ORDERED that a case management conference shall be held on _____, 2012, at _____; and it is further~~

~~ORDERED that a motion schedule and/or a schedule for further proceedings will be set by the Court at that case management conference; and it is further~~

[CONTINUED ON NEXT PAGE]

ORDERED that the period from the date of this order through August 17, 2012, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. SUSAN D. WIGENTON
United States District Judge

Form and entry
consented to:

_____
Jose R. Almonte
Assistant U.S. Attorney

_____
Daryl S. Pennington
Counsel for defendant Bassir Baxter