UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Crim. No. 12-408 |
| BASSIR A. BAXTER | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (José R. Almonte, Assistant U.S. Attorney, appearing), and defendant Bassir A. Baxter (Thomas R. Ashley, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to such a continuance, and it appearing that the defendant waives such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) On July 25, 2012, defendant Bassir A. Baxter appeared before the Honorable Susan D. Wigenton, United States District Judge, and requested that his counsel, Daryl S. Pennington, be relieved from the case;

(2) The Court granted the Defendant's request, and on July 26, 2012, Thomas R. Ashley, Esq., entered his appearance as counsel for the Defendant;

(3) Taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

(4) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 7th day of January, 2013,

ORDERED that this action be, and hereby is, continued until February 17, 2013; and it is further

ORDERED that a motion schedule and/or a schedule for further proceedings will be set by the Court at a case management conference to be scheduled by the Court; and it is further

[CONTINUED ON THE NEXT PAGE]

ORDERED that the period from the date of this order through February 17, 2013, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. SUSAN D. WIGENTON
United States District Judge

Form and entry
consented to:

_____
José R. Almonte
Assistant U.S. Attorney

_____
Thomas R. Ashley
Counsel for defendant
Bassir A. Baxter